IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.C.G., | No. CV-25-03048-PHX-SHD (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

Petitioner seeks to proceed under a pseudonym. Respondents do not oppose the request and it will be granted.

**IT IS THEREFORE ORDERED granting** Petitioner's Motion to Proceed Under a Pseudonym (Doc. 8).

Dated this 27th day of August, 2025.

_____
Honorable Sharad H. Desai
United States District Judge