# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.C.G., | No. CV-25-03048-PHX-SHD (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

Petitioner filed a supplement to his reply in support of his § 2241 petition indicating an immigration judge scheduled Petitioner for a bond hearing for September 30, 2025 (Doc. 33). Petitioner informed the Court bond was set at $5,000 and was paid on October 1, 2025. (Doc. 36.) Petitioner further informs the Court that the Department of Homeland Security reserved appeal of the bond determination. The Court will require Respondents to update the Court regarding Petitioner's detention status and whether they intend to pursue an appeal of the bond determination.

**IT IS THEREFORE ORDERED** Respondents must file a status update as directed herein no later than October 3, 2025.

Dated this 2nd day of October, 2025.

Honorable Sharad H. Desai
United States District Judge