IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.C.G., | No. CV-25-03048-PHX-SHD (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

In this § 2241 action, Petitioner challenged his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001) and inadequate procedures regarding third country removal (Doc. 1). On October 3, 2025, Petitioner was released from immigration custody after being granted bond by an immigration judge (Doc. 38). Petitioner further informed the Court he was released under electronic monitoring, which was not a condition of release on bond (Doc. 38). The Court directed Respondents to file a copy of the immigration judge's bond determination, which does not include electronic monitoring as a condition of release (Doc. 41).

Petitioner, as a result, informs the Court he intends to file an amended petition challenging imposition of the bond and electronic monitoring (Doc. 42). Because Petitioner intends to file an amended petition, the Court will deny the pending motion for injunctive relief without prejudice.

**IT IS THEREFORE ORDERED** Petitioner's Amended Petition is due no later than **October 17, 2025**.

**IT IS FURTHER ORDERED** Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **denied without prejudice**.

Dated this 6th day of October, 2025.

_____
Honorable Sharad H. Desai
United States District Judge