# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.C.G., | No. CV-25-03048-PHX-SHD (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

Petitioner filed a motion for voluntary dismissal of the amended petition in this action, indicating Respondents agreed to remove the ankle monitor on Petitioner and, as a result, Petitioner received the relief he sought in his Petition. The Court will grant the Motion.

**IT IS THEREFORE ORDERED** Petitioner's Motion to Dismiss (Doc. 49) is **granted**. This action is dismissed without prejudice and the Clerk of Court must enter judgment accordingly.

Dated this 18th day of December, 2025.

_____
Honorable Sharad H. Desai
United States District Judge